# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-24082** |
| **Tracey M. Schindler** | : **Chapter 13** |
| | : **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Lakeview Loan Servicing, LLC** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Lakeview Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Stephen R. Franks
Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-008789_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-24082** |
| **Tracey M. Schindler** : | **Chapter 13** |
| : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Lakeview Loan Servicing, LLC** : | **Related Document #** |
| **Movant,** : | |
| : | |
| **No Respondent(s).** : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 14, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Christopher M. Frye, Attorney for Tracey M. Schindler, chris.frye@steidl-steinberg.com

Service by First-Class Mail:
Tracey M. Schindler, 1507 Annette Avenue, South Park, PA  15129


EXECUTED ON: April 14, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

22-008789_PS