IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tracey M. Schindler, | ) | Bankruptcy No. 18-24082 CMB |
| | ) | Chapter 13 |
| | ) | Related to Document No. 68 and 69 |
| Debtor | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Tracey M. Schindler | ) | |
| | ) | |
| Respondent | ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

AND NOW, come the Debtors, Tracey M. Schindler ("Debtor"), by and through attorney, Christopher M. Frye and Steidl and Steinberg, P.C., and respectfully responds to the Movant's motion as follows as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Since the filing of the Motion, the Debtor has made additional payments which would reduce the amount to complete.

7. Admitted.

8. Admitted in part and denied in part. The Debtor admits that the plan goals have not been met at present. The Debtor has made additional payments and just needs a short amount of additional time to meet the Plan goals and complete.

    WHEREFORE, the Debtor, Tracey M. Schindler, respectfully request this Honorable Court to deny the Movant's motion.

                                    Respectfully submitted,

October 26, 2023                 /s/ Christopher M. Frye
DATE                                 Christopher M. Frye, Esquire
                                       Attorney for the Debtor
                                       STEIDL & STEINBERG, P.C.
                                       Suite 2830 – Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 391-8000
                                       PA I. D. No.  208402
                                       chris.frye@steidl-steinberg.com