**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/16/23 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24082-GLT |
| | : | Chapter: | 13 |
| Tracey M. Schindler | : | | |
| | : | | |
| | : | Date: | 11/15/2023 |
| *Debtor(s).* | : | Time: | 09:30 |

### PROCEEDING MEMO

**MATTER:**   #68 - Trustee's Motion to Dismiss Case
   #70 - Response to Trustee's Motion to Dismiss

**APPEARANCES**:
   Debtor:   Lauren Lamb
   Trustee:   Owen Katz

**NOTES:**   [9:54]

Katz: Need $1,799 to complete with long term continuing debt take over this month.

Lamb: Asking for continuance.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 68] is continued to January 12, 2024 at 9 a.m. [Text order].

**DATED:**   11/15/2023