FILED
12/27/23 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-24082-GLT |
| Tracey M. Schindler ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| ) | Related to Docket No. 77 |
| vs. ) | |
| ) | |
| Tracey M. Schindler ) | |
| Respondent(s) ) | |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on October 6, 2023 (document #68) is hereby WITHDRAWN. The hearing scheduled for January 12, 2024 is hereby CANCELED.

Respectfully submitted,

12/27/2023
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
December 27, 2023

drb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24082-GLT |
| Tracey M. Schindler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey M. Schindler, 1507 Annette Avenue, South Park, PA 15129-9736 |
| 14936386 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933299 | + | Mon Valley Clinical, PO Box 645419, Pittsburgh, PA 15264-5252 |
| 14933300 | + | Mon Valley Hospital, P. O. Box 643216, Pittsburgh, PA 15264-3216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Dec 27 2023 23:47:00 | Foundation Finance Company, c/o Weinstein & Riley, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:10 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14933268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:21 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2023 23:46:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933272 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2023 23:46:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14961487 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2023 23:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14933274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 23:53:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14933275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 23:53:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14958484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 23:53:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14963138 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2023 23:53:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:35 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14933280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:21 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14933281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-24082-GLT    Doc 80    Filed 12/29/23    Entered 12/30/23 00:27:07    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14933282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:21 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14933283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:36 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933284 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2023 23:53:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14933285 | | Email/Text: mrdiscen@discover.com | Dec 27 2023 23:47:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14936466 | | Email/Text: mrdiscen@discover.com | Dec 27 2023 23:46:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933288 | + | Email/Text: mrdiscen@discover.com | Dec 27 2023 23:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14933292 | | Email/Text: administrative@foundationfinance.com | Dec 27 2023 23:46:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933291 | + | Email/Text: administrative@foundationfinance.com | Dec 27 2023 23:47:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14933294 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 27 2023 23:47:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14967476 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 27 2023 23:46:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14933293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 27 2023 23:46:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14933278 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2023 23:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14933276 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2023 23:53:10 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933296 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 27 2023 23:53:23 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933297 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 23:47:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 14933298 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 23:46:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14968333 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 23:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15474699 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2023 23:53:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14970054 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2023 23:46:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14933301 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2023 23:46:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14933303 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2023 23:46:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14969653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2023 23:46:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14933912 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 27 2023 23:53:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14966217 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2023 23:53:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 18-24082-GLT   Doc 80   Filed 12/29/23   Entered 12/30/23 00:27:07   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 27 2023 23:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14933305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 23:53:10 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14933306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 23:53:09 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14933307 | ^ | MEBN | Dec 27 2023 23:43:22 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14933308 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 27 2023 23:47:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14933310 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 27 2023 23:46:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14933309 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 27 2023 23:46:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14966269 | | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2023 23:53:23 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14933271 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933273 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14933286 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933287 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933289 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933290 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933279 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933277 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933302 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933304 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14933295 | ##+ | KeyBank, 6950 S Transit Rd, Lockport, NY 14094-6333 |

TOTAL: 3 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023           Signature:           /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Adam Bradley Hall
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com

Christopher M. Frye
    on behalf of Debtor Tracey M. Schindler chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 12