UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Tracey M. Schindler<br><br>　　　　　　　　　　Debtor.<br><br>Ronda J. Winnecour,<br><br>　　　　　　　　　　Movant,<br><br>vs.<br><br>Lakeview Loan Servicing, LLC<br><br>　　　　　　　　　　Respondent. | Case No.: 18-24082-GLT<br><br>Chapter 13 |

### RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 12) PREPETITION ARREARAGE HAS BEEN PAID IN FULL

TO: THE CLERK, U.S. BANKRUPTCY COURT:

　　In response to the Notice that Mortgage Claim (Court Claim No. 12) Prepetition arrearage has been paid in full, filed on February 1, 2024, Lakeview Loan Servicing, LLC hereby declares that, as of February 14, 2024 the account has been brought current and is due for the February 1, 2024 payment.

Date: February 14, 2024　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Robert Wendt*, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　By: Robert Wendt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　rwendt@leopoldassociates.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 89150
　　　　　　　　　　　　　　　　　　　　　　　　　Leopold & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　275 Curry Hollow Road, Building 1
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 280
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15236
　　　　　　　　　　　　　　　　　　　　　　　　　(914)-219-5787 x490
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Tracey M. Schindler<br><br>                                      Debtor.<br><br>Ronda J. Winnecour,<br><br>                                      Movant,<br><br>vs.<br><br>Lakeview Loan Servicing, LLC<br><br>                                      Respondent. | Case No.: 18-24082-GLT<br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing Notice of Entry of Appearance have been served on February 20, 2024, by first class mail, and/or electronic means upon those listed below:

Tracey M. Schindler
Debtor
1507 Annette Avenue
South Park, PA 15129

Christopher M. Frye
Steidl & Steinberg
Attorneys for Debtor
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
Pittsburgh, PA 15219

CONTINUED ON NEXT PAGE

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: February 20, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor