UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Tracey M. Schindler<br>       Debtor.<br>Ronda J. Winnecour,<br>       Movant,<br>vs.<br>Lakeview Loan Servicing, LLC<br>       Respondent. | Case No.: 18-24082-GLT<br><br>Chapter 13 |

**AMENDED CERTIFICATE OF SERVICE**

  I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 12) PREPETITION ARREARAGE HAS BEEN PAID IN FULL has been served on February 20, 2024, by first class mail, and/or electronic means upon those listed below:

Tracey M. Schindler
Debtor
1507 Annette Avenue
South Park, PA 15129

Christopher M. Frye
Steidl & Steinberg
Attorneys for Debtor
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

CONTINUED ON NEXT PAGE

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: February 20, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor