Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tracey M. Schindler** | : | Case No. 18−24082−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 84 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/1/24 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of February, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

    (1)  *On or before April 11, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *May 1, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                      */s/ Gregory L. Taddonio*
                                      Gregory L. Taddonio, Chief Judge
                                      United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tracey M. Schindler  
    Debtor

Case No. 18-24082-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 26, 2024      Form ID: 604      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey M. Schindler, 1507 Annette Avenue, South Park, PA 15129-9736 |
| 14936386 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933295 | + | KeyBank, 6950 S Transit Rd, Lockport, NY 14094-6333 |
| 14933299 | + | Mon Valley Clinical, PO Box 645419, Pittsburgh, PA 15264-5252 |
| 14933300 | + | Mon Valley Hospital, P. O. Box 643216, Pittsburgh, PA 15264-3216 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Feb 27 2024 00:20:00 | Foundation Finance Company, c/o Weinstein & Riley, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:21 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14933268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:11 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933272 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14961487 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 27 2024 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14933274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:38:36 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14933275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:28:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14958484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:27:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14963138 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2024 00:27:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14933280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:27:57 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14933281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:27:57 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 18-24082-GLT   Doc 89   Filed 02/28/24   Entered 02/29/24 00:30:36   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 604 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14933282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:20 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14933284 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2024 00:20:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14933285 | | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14936466 | | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14933288 | + | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933292 | | Email/Text: administrative@foundationfinance.com | Feb 27 2024 00:20:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14933291 | + | Email/Text: administrative@foundationfinance.com | Feb 27 2024 00:20:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14933294 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14967476 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14933293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14933278 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 00:28:19 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933276 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 00:28:07 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933296 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2024 00:20:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 14933297 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2024 00:19:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14933298 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2024 00:19:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14968333 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:27:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15474699 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:20:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14970054 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14933301 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933303 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14969653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:27:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14933912 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14966217 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2024 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 604 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14933305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2024 00:38:36 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14933306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2024 00:38:36 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14933307 | ^ | MEBN | Feb 27 2024 00:19:52 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14933308 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 27 2024 00:20:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14933310 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14933309 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14966269 | | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2024 00:28:09 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14933271 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933273 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14933286 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933287 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933289 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933290 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933279 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933277 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933302 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933304 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Tracey M. Schindler chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13