**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| TRACEY M. SCHINDLER | Case No.:18-24082 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 18-24082-GLT    Doc 91    Filed 02/28/24    Entered 02/29/24 00:30:36    Desc Imaged
                    Certificate of Notice    Page 2 of 9

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/18/2018 and confirmed on 11/14/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,394.38 |
| Less Refunds to Debtor | 765.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,628.95 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,328.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,728.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 49,517.79 | 0.00 | 49,517.79 |
|     Acct: 7314 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 87.98 | 87.98 | 0.00 | 87.98 |
|     Acct: 7314 | | | | |
|   FOUNDATION FINANCE CO | 6,731.97 | 6,731.97 | 433.89 | 7,165.86 |
|     Acct: 311 | | | | |
| | | | | 56,771.63 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACEY M. SCHINDLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACEY M. SCHINDLER | 642.93 | 642.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACEY M. SCHINDLER | 122.50 | 122.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***N O N E*** | | |
| **Unsecured** | | | | |
|   LVNV FUNDING LLC | 4,856.49 | 1,722.84 | 0.00 | 1,722.84 |
|     Acct: 7446 | | | | |
|   BANK OF AMERICA NA** | 6,957.66 | 2,468.23 | 0.00 | 2,468.23 |
|     Acct: 2763 | | | | |
|   BANK OF AMERICA NA** | 6,299.57 | 2,234.77 | 0.00 | 2,234.77 |
|     Acct: 3056 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,199.64 | 1,844.57 | 0.00 | 1,844.57 |
|     Acct: 5730 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0021 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1694 | | | | |
|    LVNV FUNDING LLC | 5,903.99 | 2,094.44 | 0.00 | 2,094.44 |
| Acct: 3718 | | | | |
|    QUANTUM3 GROUP LLC AGNT - COMENIT | 892.47 | 316.60 | 0.00 | 316.60 |
| Acct: 0859 | | | | |
|    DISCOVER BANK(*) | 7,774.36 | 2,757.95 | 0.00 | 2,757.95 |
| Acct: 9356 | | | | |
|    DISCOVER BANK(*) | 6,773.79 | 2,403.00 | 0.00 | 2,403.00 |
| Acct: 2487 | | | | |
|    DISCOVER BANK(*) | 4,081.67 | 1,447.97 | 0.00 | 1,447.97 |
| Acct: 7720 | | | | |
|    KEYBANK NA** | 3,508.06 | 1,244.48 | 0.00 | 1,244.48 |
| Acct: 1066 | | | | |
|    CAPITAL ONE NA** | 2,104.36 | 746.52 | 0.00 | 746.52 |
| Acct: 4299 | | | | |
|    MON VALLEY CLINICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4070 | | | | |
|    MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3223 | | | | |
|    PNC BANK NA | 17,306.11 | 6,139.34 | 0.00 | 6,139.34 |
| Acct: 6921 | | | | |
|    PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1066 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LLC | 1,902.49 | 674.91 | 0.00 | 674.91 |
| Acct: 3128 | | | | |
|    UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2735 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 94.02 | 33.35 | 0.00 | 33.35 |
| Acct: 0001 | | | | |
|    CITIBANK NA** | 4,363.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3640 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3128 | | | | |
|    CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 26,128.97 |

| | | | | |
|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 82,900.60 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 6,819.95 |
| UNSECURED | 78,018.00 |

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TRACEY M. SCHINDLER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24082

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24082-GLT
Tracey M. Schindler  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Feb 26, 2024      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey M. Schindler, 1507 Annette Avenue, South Park, PA 15129-9736 |
| 14936386 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933295 | + | KeyBank, 6950 S Transit Rd, Lockport, NY 14094-6333 |
| 14933299 | + | Mon Valley Clinical, PO Box 645419, Pittsburgh, PA 15264-5252 |
| 14933300 | + | Mon Valley Hospital, P. O. Box 643216, Pittsburgh, PA 15264-3216 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Feb 27 2024 00:20:00 | Foundation Finance Company, c/o Weinstein & Riley, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:38:36 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14933268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:09 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933272 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14961487 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 27 2024 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14933274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:27:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14933275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:28:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14958484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:27:55 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14963138 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2024 00:38:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:27:57 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14933280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:10 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14933281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:27:57 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14933282 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:28:21 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933283 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2024 00:27:57 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14933284 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2024 00:20:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14933285 | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14936466 | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14933288 | + Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933292 | Email/Text: administrative@foundationfinance.com | Feb 27 2024 00:20:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14933291 | + Email/Text: administrative@foundationfinance.com | Feb 27 2024 00:20:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14933294 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14967476 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14933293 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2024 00:20:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14933278 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 00:28:11 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933276 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 00:28:05 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933296 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2024 00:20:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 14933297 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2024 00:19:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14933298 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2024 00:19:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14968333 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:28:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15474699 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:20:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14970054 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14933301 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933303 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14969653 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14933912 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14966217 | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2024 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 18-24082-GLT   Doc 91   Filed 02/28/24   Entered 02/29/24 00:30:36   Desc Imaged
                            Certificate of Notice        Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| 14933305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2024 00:28:07 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14933306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2024 00:28:19 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14933307 | ^ | MEBN | Feb 27 2024 00:19:55 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14933308 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 27 2024 00:20:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14933310 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14933309 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14966269 | | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2024 00:28:09 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14933271 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933273 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14933286 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933287 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933289 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933290 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933279 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933277 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933302 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933304 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Tracey M. Schindler chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13