**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/16/24 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

TRACEY M. SCHINDLER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24082

Chapter 13

Related to Docket No. 84

## ORDER OF COURT

AND NOW, this ____ 16th Day of April, 2024 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                        Case No. 18-24082-GLT

Tracey M. Schindler                                                                                       Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                               User: auto                                          Page 1 of 4

Date Rcvd: Apr 16, 2024                                    Form ID: pdf900                                Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey M. Schindler, 1507 Annette Avenue, South Park, PA 15129-9736 |
| 14936386 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933295 | + | KeyBank, 6950 S Transit Rd, Lockport, NY 14094-6333 |
| 14933299 | + | Mon Valley Clinical, PO Box 645419, Pittsburgh, PA 15264-5252 |
| 14933300 | + | Mon Valley Hospital, P. O. Box 643216, Pittsburgh, PA 15264-3216 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | Foundation Finance Company, c/o Weinstein & Riley, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14933269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:13:29 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14933268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:13:32 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933272 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14961487 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 16 2024 23:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14933274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:23 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14933275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 00:13:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14958484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14963138 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 00:00:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14970250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:06 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14933280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:27 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14933281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:13:43 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 18-24082-GLT   Doc 95   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
                              Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14933282 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:01 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14933283 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:58:58 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14933284 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14933285 | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14936466 | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14933288 | + Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933292 | Email/Text: administrative@foundationfinance.com | Apr 16 2024 23:52:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14933291 | + Email/Text: administrative@foundationfinance.com | Apr 16 2024 23:52:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14933294 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 23:51:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14967476 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 23:51:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14933293 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 23:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14933278 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2024 00:00:22 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933276 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 23:59:06 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933296 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 16 2024 23:52:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 14933297 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2024 23:50:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14933298 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2024 23:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14968333 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 00:00:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15474699 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14970054 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14933301 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933303 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14969653 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14933912 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:58:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14966217 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| 14933305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:58:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14933306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 00:13:43 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14933307 | ^ | MEBN | Apr 16 2024 23:37:58 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14933308 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 16 2024 23:52:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14933310 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2024 23:50:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14933309 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2024 23:50:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14966269 |   | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2024 00:00:14 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Freedom Mortgage Corporation |
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14933271 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14933273 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14933286 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933287 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14933289 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933290 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14933279 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14933277 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14933302 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14933304 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Tracey M. Schindler chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13