

PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | ■■■■■ |
| Property Address: | 1507 ANNETTE AVE |
| | SOUTH PARK PA 15129 |
| Statement Date: | **10/07/2021** |
| Current Payment Amount: | **$810.44** |
| **New Payment Amount:** | **$813.17** |
| **New Payment Effective Date:** | **12/01/2021** |

TRACEY M. SCHINDLER
1507 ANNETTE AVE
SOUTH PARK PA 15129-9736

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $46.29 in your escrow account. This shortage likely  was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | ($46.29) |
| - Required Minimum Balance | $0.00 |
| Shortage Amount | $46.29 |

The required minimum balance is also known as the escrow cushion.  The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As escrow items are subject to change each year, the amounts in Part 3 are only estimates.



## Your Mortgage Payment

### Payment information beginning with your 12/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $813.17.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $424.79 | $424.79 |
| Escrow Payment: | $383.37 | $384.53 |
| Shortage Spread: | $2.28 | $3.85 |
| **Total Payment:** | **$810.44** | **$813.17** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)



## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $666.82 |
| Dec 2020 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,000.20 |
| Jan 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,333.58 |
| Feb 2021 | $383.37 | $720.00 | HOMEOWNERS | $996.95 |
| Feb 2021 | $0.00 | $49.99 | FHA MORTGAGE INSURANCE | $946.96 |
| Feb 2021 | $0.00 | $0.00 | | $946.96 |
| Mar 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,280.34 |
| Mar 2021 | $0.00 | $415.33 | COUNTY TAX | $865.01 |
| Apr 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,198.39 |
| May 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,531.77 |
| Jun 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $1,865.15 |
| Jul 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $2,198.53 |
| Jul 2021 | $0.00 | $327.78 | TOWNSHIP TAX | $1,870.75 |
| Aug 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $2,204.13 |
| Sep 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $2,537.51 |
| Sep 2021 | $0.00 | $2,537.51 | SCHOOL/ISD TAX | $0.00 |
| Oct 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $333.38 |
| Nov 2021 | $383.37 | $49.99 | FHA MORTGAGE INSURANCE | $666.76 |
| **Total** | **$4,600.44** | **$4,600.50** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $639.44 |
| Dec 2020 | $771.30 | $49.99 | | $1,360.75 |
| Jan 2021 | $385.65 | $49.99 | | $1,696.41 |
| Feb 2021 | $0.00 | $49.99 * | FHA MORTGAGE INSURANCE | $1,646.42 |
| Feb 2021 | $0.00 | $755.00 | HOMEOWNERS | $891.42 |
| Feb 2021 | $0.00 | $415.33 | COUNTY TAX | $476.09 |
| Mar 2021 | $759.69 | $49.99 * | | $1,185.79 |
| Mar 2021 | $0.00 | $0.00 | | $1,185.79 |
| Apr 2021 | $385.65 | $49.99 | | $1,521.45 |
| May 2021 | $0.00 | $49.99 | FHA MORTGAGE INSURANCE | $1,471.46 |
| Jun 2021 | $771.30 | $49.99 | | $2,192.77 |
| Jul 2021 | $0.00 | $327.78 | TOWNSHIP TAX | $1,864.99 |
| Jul 2021 | $0.00 | $49.99 | FHA MORTGAGE INSURANCE | $1,815.00 |
| Aug 2021 | $385.65 | $49.99 | | $2,150.66 |
| Sep 2021 | $385.65 | $2,536.53 * | | ($0.22) |
| Sep 2021 | $0.00 | $48.31 * | FHA MORTGAGE INSURANCE | ($48.53) |
| Oct 2021 | $385.65 | $48.31 * | | $288.81 |
| Nov 2021 | $0.00 | $0.00 | E | $288.81 |
| **Total** | **$4,230.54** | **$4,581.17** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ███████

(This space intentionally left blank)



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
| --- | --- |

| Loan Number: | |
| Property Address: | 1507 ANNETTE AVE |
| | SOUTH PARK PA 15129 |

| Statement Date: | **10/07/2021** |
| Current Payment Amount: | **$810.44** |
| **New Payment Amount:** | **$813.17** |
| **New Payment Effective Date:** | **12/01/2021** |

TRACEY M. SCHINDLER
1507 ANNETTE AVE
SOUTH PARK PA 15129-9736

---

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
| --- | --- |
| HOMEOWNERS | $755.00 |
| FHA MORTGAGE INSURANCE | $579.72 |
| COUNTY TAX | $415.33 |
| SCHOOL/ISD TAX | $2,536.53 |
| TOWNSHIP TAX | $327.78 |
| **Total Disbursements** | **$4,614.36** |

Freedom expects to pay $4,614.36 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| Total Disbursements: | $4,614.36 |
| --- | --- |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$384.53** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
| --- | --- | --- | --- | --- | --- |
| | | | Beginning Balance | $626.15 | $672.44 |
| Dec 2021 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $962.37 | $1,008.66 |
| Jan 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $1,298.59 | $1,344.88 |
| Feb 2022 | $384.53 | $755.00 | HOMEOWNERS | $928.12 | $974.41 |
| Feb 2022 | $0.00 | $48.31 | FHA MORTGAGE INSURANCE | $879.81 | $926.10 |
| Mar 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $1,216.03 | $1,262.32 |
| Mar 2022 | $0.00 | $415.33 | COUNTY TAX | $800.70 | $846.99 |
| Apr 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $1,136.92 | $1,183.21 |
| May 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $1,473.14 | $1,519.43 |
| Jun 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $1,809.36 | $1,855.65 |
| Jul 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $2,145.58 | $2,191.87 |
| Jul 2022 | $0.00 | $327.78 | TOWNSHIP TAX | $1,817.80 | $1,864.09 |
| Aug 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $2,154.02 | $2,200.31 |
| Sep 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $2,490.24 | $2,536.53 |
| Sep 2022 | $0.00 | $2,536.53 | SCHOOL/ISD TAX | ($46.29) | $0.00 * |
| Oct 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $289.93 | $336.22 |
| Nov 2022 | $384.53 | $48.31 | FHA MORTGAGE INSURANCE | $626.15 | $672.44 |
| | $4,614.36 | $4,614.36 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

---

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $46.29.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $813.17.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

---

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

---