# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracey M. Schindler<br>**Debtor(s)**<br><br>FREEDOM MORTGAGE CORPORATION<br>**Movant**<br><br>vs.<br><br>Tracey M. Schindler<br>**Debtor(s)**<br><br>Ronda J. Winnecour,<br>**Trustee** | BK NO. 18-24082 GLT<br><br>Chapter 13<br><br>Related to Claim No. 12 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 5, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Tracey M. Schindler
1507 Annette Avenue
South Park, PA 15129

Attorney for Debtor(s)
Christopher M. Frye, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: November 5, 2021

**/s/Maria Miksich Esquire**
Maria Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
mmiksich@kmllawgroup.com